IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA BOOZE | : | CIVIL ACTION NO. 1:CV-12-1307 |
| Plaintiff | : | (CHIEF JUDGE KANE) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| JOHN WETZEL, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a November 16, 2012 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's Motion for a Preliminary Injunction (Doc. No. 23) is **DENIED**.

3) The case is referred to Magistrate Judge Schwab for further proceedings.

                                              s/ Yvette Kane
                                              YVETTE KANE, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania

Dated: December 11, 2012