## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA BOOZE,** | **:** | |
| **Plaintiff,** | **:** | **No. 1:12-cv-1307** |
| | **:** | |
| **v.** | **:** | **(Judge Kane)** |
| | **:** | |
| **JOHN WETZEL, et al.,** | **:** | **(Magistrate Judge Schwab)** |
| **Defendants.** | **:** | |
| | **:** | |

## ORDER

**AND NOW**, on this 3rd day of June 2014, **IT IS HEREBY ORDERED THAT**

Magistrate Judge Schwab's Report and Recommendation (Doc. No. 45) is **ADOPTED.**

**IT IS FURTHER ORDERED THAT** Defendants' motion to dismiss Plaintiff's

complaint with prejudice (Doc. No. 16) is **GRANTED AND DENIED IN PART AS**

**FOLLOWS**:

1.   Plaintiff's official capacity claims against Defendants are **DISMISSED WITH PREJUDICE**;

2.   Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**;

3.   Plaintiff may file an amended complaint within twenty-one days of the date of this order; and,

3.   The above-captioned action is **REFERRED BACK** to Magistrate Judge Schwab for pretrial management, including disposition of any pending motions.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania